**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

WILLIAM BURKE, VERNON BOWLING,   )
ISAAC JOHNSON, HEISTAND GAMBLE,   )
JEFFREY THOMPKINS, ROBERT JONES,   )
ANDRE DANIELS, FRED SMITH, KIRK   )
EIDE, ANTHONY LAWTON, THOMAS   )
JURY TRIAL DEMANDED EANES,   )   Case No.   **3:16-cv-843**
ANTHONY BREWER, DARRYL PUGH,   )
GERSHWIN HARDY, JORGE ARRIAZA,   )   JURY TRIAL DEMANDED
JEFF HARTTER, RICK SMITH, TIMOTHY   )
COFIELL, MATTHEW WILLIAMS JR.,   )
WAYNE WEST, VESTEL LAWRENCE,   )
JOHN RAINES JR., VINCENT CONNOR,   )
JOSEPH FRENCH, CRAIG GARDNER,   )
MICHAEL WATTS, TONY REED, WILLIE   )
HIGHTOWER, SCOTTY WILLIAMSON,   )
ALLEN DALTON, PERRY KIRKPATRICK,   )
JEFFREY LILLSTRUNG, STEVE VIGIL,   )
LEONARD GAMBLE, KHRIS KOLK,   )
VICTOR BROWN, BARRON PAYTON,   )
AL LAM, LAWRENCE GREEN, WILLIE   )
CROWELL, SAMUEL PERINE III, ISAAC   )
LONDON, MICHAEL RANDLE,   )
NICHOLAS PAXITZIS, MARION IRICK,   )
JON FERRANTE, ALBERT SMITH,   )
DORRIAN MITCHELL, DARRELL   )
JENKINS, EARL KNIGHT, MICHAEL   )
BAUGH, SIDNEY MARTIN, ANTHONY   )
FREEMAN, SEAN LANIER, CHARLES   )
WHITE, KEVIN SMITH, IVAN LEWIS,   )
GERALD WILTZ, PERRY CHANEY,   )
TERRY YARBROUGH, LESLIE HOLLY,   )
JAMIE WOODS, DONNA GENTRY,   )
KEVIN FRY, BILLY PATTERSON,   )
AARON PAUL, WILLIAM MCELROY,   )
RAY HAWKINS, BRUCE OSBORN,   )
BENTON DAVIS, LINCOLN ELLIOTT,   )
HOWARD HAMPTON, TERRY   )
ROBINSON, MICHAEL COMBS,   )
KENNETH LOWE, DONEAR WIGGINS,   )
YUSUF ABDULLAH, CURTIS ELLIS,   )
JIMMY BUTLER, GARY PROVENCIO,   )
ALBERT ROWE, MARVIN GRANTHAM,   )

1

DONALD COATES, GARY WALKER,                )
ROBERT BOSTON, ARLANDUS BURKS              )
JOE LOSOYA, STEVE ORNELAS,                 )
MICHAEL SHEV, DANNY WORLEY,                )
SAM BARLOW, CHARLES WALKER,                )
JOSEPH BRUNER, JOSEPH HADLEY,              )
KETHON FREEMAN, CHARLES                    )
BERNARD, STEFAN COPELAND, DENIS            )
GRIER, ERIC THOMAS, NICHOLAS               )
CARMOTA, ALAN TAYLOR, DAVID                )
SOTO, TALEAL TILSON, THOMAS                )
RUSSELL, DARYLD COTTON, MICHAEL            )
HARRISON, ROBERT LEE BROWN,                )
KEITH REED, LEONDRY GROSS,                 )
MARLON RICHARDSON, ELLIS DAVIS,            )
STEVE MORINIA, MARTIN MOLET,               )
BRAXTON REED, DENNIS FRANCIS,              )
DONALD CHARRON, RUSSELL                    )
JACKSON, CHRISTOPHER MERRIFIELD,           )
TONY HARRIS, ANDRE PRICE, ANDREW           )
WILEY, EDWARD GUNTHER, CHARLES             )
NELSON, QUINCY SHORT, RANDALL              )
BIRMINGHAM, DEREK SIMMONS,                 )
SAMMY LESTER, MICHAEL SMITH,               )
BRUCE FLORES, DONALD SWAN,                 )
MICHAEL DEMELLO, REGINALD NASH,            )
HENRY COLEMAN , STAN CARTER,               )
CEDRICK JONES, DERRICK WILLIAM,            )
MICHAEL COKER, ERIC JACKSON,               )
CLAUDE A. DANGERFIELD II, TYRONE           )
HAMILTON, ANTHONY PEATERS,                 )
RALPH WEATHERSPOON, MILTON                 )
CRANE, DON OLSON II, THEODORE              )
TAYLOR, KEVIN ROSE, HAROLD RILEY,          )
CURTIS SCOTT, RUSSELL BARNES,              )
SHAWN JONES, TIMOTHY MILLER SR.,           )
VERNON ARNOLD, LEROY HAWKINS,              )
SERGIO AMPER, DONALD GOZDOWSKI,            )
PAUL STARKS, GEORGE PARSON,                )
CALVIN LEWIS, DAVID CAWTHON,               )
KENNETH DAVISON, CHAD                      )
ANDERSON, MARK CALDERON, GLEN              )
BROWN, DARRYL WEST, NIGA                   )
RICHARDSON, ANTHONY WARD,                  )
CHARLES MCLEOD, JEFFREY                    )

2

SHERMAN, RONALD RANIERI,                    )
CHESTER BANKS, BEN HOWARD,                  )
JAMES JOHNSON, WESLEY EASTER,               )
PARRISH ARNOLD, DARRYL                      )
DILWORTH, CORIE CROSS, DAVID
PETEL, ELLIS CUMMINGS, RICHARD              )
PRUITT, AKEVA PAIGE, LEON TUCKER,           )
LEROY GREGORY, GREG CANADY,                 )
MARVIN CANNON, DARRIN COLLINS,              )
JESSE CAMPOS, PATRICK JONES, ERIC           )
RIDDLE, RICK ORAZIO, JAMES MILLS,           )
CLIFFORD WOOD, MICHAEL RYAN,                )
MICHAEL ALLEN, CARLEN PITTMAN               )
TERRY PATTON, LEE BROWN, STEVE              )
LEE, DWAIN HOOKS, HAROLD DAVIS,             )
ALONZIA MOTEN, DARRYL JACKSON,              )
MARCUS THOMAS, CARL LEDFORD,                )
CALVIN ARMSTRONG, THOMAS LOPEZ,             )
LAMONT EVANS, JOHN RILEY, JIMMIE            )
LITTLE, GREGORY PREWITT, EUGENE             )
ALSTON, KEVIN MCENERY, MICHAEL              )
BROWN SR., ROBERTO RIVERA, NOEL             )
HUTCHINSON, KENNETH STASSA,                 )
RONALD MUNRO, JEFFREY ROBINSON,             )
JULIAN NEEL, ALAN TOTH, RUSSELL             )
VITO, LUCIOUS HALE, THOMAS                  )
OLSZEWKI, VERNON BOOS, LAURENCE             )
SPLITT, GEORGE BUMPHIS,                     )
CHRISTOPHER JONES, RAYMOND                  )
GIBSON, ARTHUR VAUGHT, SANDERS              )
POLK, ANTHONY TALLEY, WILL                  )
JOHNSON, LAWRENCE GENDREW,                  )
ROBERT EPPERSON, TIMOTHY CABBIL,            )
STEVE DIGIACOMO, WILKIE HOOD,               )
DAVID GREEN, RAYMOND GREEN,                 )
JUNE LEWIS, MICHAEL KING, JAMES             )
SHEHAN, CANDIDO GARZA, JR.,                 )
                                            )
                        Plaintiffs,         )
                                            )
             v.                             )
                                            )
COMBE INCORPORATED; COMBE                   )
PRODUCTS, INC.; COMBE                       )
LABORATORIES, INC.; and                     )

3

COMBE INTERNATIONAL LTD                )
                                       )
                      Defendants,      )

---

## NOTICE OF REMOVAL

Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International Ltd. (collectively "Defendants" or "Combe"), through its undersigned attorneys, hereby give notice of the removal of this action, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, to the United States District Court for the Southern District of Illinois from the Circuit Court of St. Clair County, Illinois where it was pending as No. 16-L-0300. The above-captioned case is being removed pursuant to the "mass action" provision of the Class Action Fairness Act ("CAFA"). As grounds for removal, Combe states as follows:

### I.    PARTIES AND NATURE OF THE CASE

1.    This product liability action combines the claims of 241 Plaintiffs from numerous states alleging that they used Combe's Just for Men® hair dye products (herein collectively referred to as "Just For Men®") and allegedly suffered personal injury, namely, various skin reactions. The 241 Plaintiffs each assert strict liability claims for manufacturing defect, design defect, inadequate warning, and nonconformance with representations, as well as claims for negligence and breach of express and implied warranties, and negligent representation and fraud.

2.    The same Plaintiffs' counsel has filed eleven other carbon copy cases in St. Clair County against Combe, each joining well more than 100 Plaintiffs. *See Johnnie Brim, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0018; *Renoldo Brownlee, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0015; *Donivan Lasley, et al. v. Combe Incorporated, et. al.*, Case No. 16-L-0016; *Kendrick Lindsey, et al. v. Combe Incorporated, et al.*, Case No. 16-L-

0017; *Demarco Martin, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0014; *Christopher McCray, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0117; *Sydney Shamburger, et al. v. Combe Incorporated, et al.*, Case No. 16-L-0118; *Henry Hairston, et al. v. Combe Incorporated, et al*, Case No. 16-L-0239; *Sylvester Washington, et al. v. Combe Incorporated, et al.*, Case No. 16-L-00240; *Pierre Sanders, et al. v. Combe Incorporated, et al.,* Case No. 16-L-0222; *Michael Dwyer et al. v. Combe Incorporated, et al.*, Case No. 16-L-0272.  Combe previously removed these cases to this Court.[1]

3.      Plaintiffs' counsel clearly contemplates mass litigation of these claims.  In St. Clair County alone, Plaintiffs' counsel filed claims for thousands of individuals concerning Just for Men® products across numerous cases.  Although Combe believes these personal injury claims concerning the use of Just For Men® products should be tried individually, based on the complaints filed in state court, these cases belong in federal court as "mass actions" under CAFA.

## II.    THIS CASE IS REMOVABLE AS A "MASS ACTION" UNDER CAFA

4.      An action is a removable mass action where it meets the following requirements: (a) the monetary relief claims of 100 or more persons are proposed to be tried jointly on the ground that their claims involve common questions of law or fact; (b) the aggregate amount in controversy exceeds $5 million and the claims of the individual plaintiffs each exceed $75,000; and (c) any plaintiff is a citizen of a state different from any defendant. *See* 28 U.S.C. §

---

[1] In addition, Plaintiffs' counsel filed six cases in the Circuit Court for the City of St. Louis, Missouri.  *Robert Beene, et al. v. Combe Incorporated, et. al.*, Case No. 1622-CC00058; *Curtis Henderson, et al. v. Combe Incorporated, et. al.*, Case No. 1622-CC00054; *Stan Joseph, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00060; *Antony Perkins, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00061; *Rickey Shaver, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00064; *Thurman Thomas, et al. v. Combe Incorporated, et. al.,* Case No. 1622-CC00056.  Each of those cases have approximately 20 Plaintiffs.

1332(d)(11)(B)(i); 1332(a)(d)(2); and 1332(d)(2)(A); *see also Gilmore v. Bayer Corp.*, No. 09-986-GPM, 2009 WL 4789406 at *2 (S.D. Ill. Dec. 9, 2009).

5.      For reasons that follow, this action satisfies each of the jurisdictional requirements for removal of a mass action.

**A.      It is Proposed that the Claims of More than 100 Persons be Tried Jointly.**

6.      The mass action provision provides for federal jurisdiction where the "monetary relief claims of 100 or more persons are proposed to be tried jointly on the grounds that the plaintiffs' claims involve common questions of law or fact."  28 U.S.C. § 1332(d)(11)(B)(i).

7.      Although each Plaintiff's claim will center on individual issues of reliance, product misuse, warnings causation, medical causation, and the like, Plaintiffs' identical allegations concerning product design and warnings meet the bare statutory standard of "involv[ing] common questions of law or fact" given that they each relate to Plaintiffs' use of Combe's Just for Men® hair dye products.[2]

8.      It is well established in the Seventh Circuit that where plaintiffs plead claims concerning a common alleged harm, that plaintiffs are necessarily proposing one joint trial for purposes of removal under CAFA.  *See e.g., Bullard v. Burlington N. Santa Fe Ry. Co.*, 535 F.3d 759, 762 (7th Cir. 2008); *accord Koral v. Boeing Co.,* 628 F.3d 945, 947 (7th Cir. 2011).

9.       In *Bullard*, the court held that a complaint joining the claims of 144 plaintiffs for injury allegedly resulting from the design, manufacture, and use of chemicals in a wood-processing plant necessarily satisfied CAFA's "joint trial" requirement.  535 F.3d at 761.  The

---

[2] Combe in no way concedes any Rule 23 issue, in the event Plaintiffs' counsel seeks to pursue class treatment of alleged economic or other harms concerning use of Just for Men®.  CAFA's "common questions of law or fact" standard necessary for jurisdiction is wholly independent of Rule 23 considerations concerning the appropriateness of class treatment.

court rejected plaintiffs' argument that the case should be remanded because the complaint did not expressly allege the claims would be tried together. *Id.* at 762. The court affirmed the district court's determination that "one complaint implicitly proposes one trial." *Id.*; *see also Koral v. Boeing Co.*, 628 F.3d 945, 947 (7th Cir. 2011) ("the proposal [for a joint trial] can be implicit, as where a single complaint joins more than 100 plaintiffs' claims without proposing a joint trial, for the assumption would be that a single trial was intended—one complaint, one trial, is the norm") (citation omitted); *Gilmore*, 2009 WL 4789406 at *3 (finding product liability claims against a drug manufacturer presented common questions sufficient to satisfy CAFA's mass action removal requirements).

10.     Accordingly, the "tried jointly" requirement is satisfied here because the Complaint contains the claims of 241 persons that involve some common questions of law or fact in that all Plaintiffs allege to have used the Just For Men® products.

**B.     The Amount in Controversy Requirement is Satisfied.**

11.      Both the individual $75,000 and aggregate $5,000,000 amount in controversy requirements for mass action removal are satisfied. *See* 28 U.S.C. §§ 1332(a), (d)(2), (d)(11)(B)(i).[3]

12.     First, the Complaint allegations facially demonstrate that the alleged amount in controversy for each individual exceeds $75,000, exclusive of interest and costs. Each Plaintiff

---

[3] Combe does not concede that Plaintiffs are in fact entitled to recover any damages. *See e.g., Kelderman v. Remington Arms,* 734 F. Supp 1527, 1528 (S.D. Iowa 1990) (rejecting plaintiffs' attempt to "place [a] defendant in the awkward position of embracing a concession on the important issue of damages" to establish jurisdiction). Rather, Combe merely is stating that the "stakes" in this litigation exceed $75,000 individually and $5,000,000 in the aggregate. *Back Doctors Ltd. v. Metro. Prop. & Cas. Ins. Co.*, 637 F.3d 827, 829 (7th Cir. 2011) (defining CAFA's "amount in controversy" requirement as allowing "the removal of class actions in which the stakes exceed $5 million").

alleges "the amount in controversy exceeds $50,000, exclusive of interests and costs, the jurisdictional minimum of this Court." (Compl. ¶11).[4] Plaintiffs further allege that Just for Men® products create a risk of "burns, scarring, allergic reactions, anaphylactic shock, skin depigmentation, and other severe injuries." (Compl. ¶ 37). Plaintiffs specifically allege they "suffered a severe reaction to Just for Men® including but not limited to redness, irritation, oozing, sores, blisters, burning, infection, itching, extreme pain, rash, stinging, and swelling." (Compl. ¶¶ 107-584).

13.    Each Plaintiff also claims "severe physical injuries" including "substantial pain, suffering and embarrassment." (Compl. ¶ 585). Each Plaintiff claims that they "have incurred significant expenses for medical care and treatment, and will incur such expenses in the future." *Id.* They also claim economic loss, and that they "have otherwise been physically, emotionally and economically injured." *Id.* Plaintiffs claim their "injuries and damages are permanent and will continue into the future." *Id.*

14.    Given these allegations of serious personal injuries and that Plaintiffs expressly seek unlimited compensatory damages for their injuries, defendants have shown that more than $75,000 is in controversy and it is facially apparent from the complaints that the amount in controversy exceeds the jurisdictional minimum. *See, e.g., Dart Cherokee Basin Operating Co., LLC v. Owens,* 135 S. Ct. 547, 554 (U.S. 2014) ("a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold").

---

[4] Plaintiffs' demand for "in excess of" the Illinois courts' $50,000 jurisdictional limit does not limit Plaintiffs' damages to $50,000. Under both Illinois and federal law, the prayer for relief on a complaint does not limit the relief available. *BEM I, L.L.C. v. Anthropologie, Inc.*, 301 F.3d 548, 552 (7th Cir. 2002); *see* 735 ILCS 5/2-604.

15.     *Meridian Sec. Ins. Co. v. Sadowski,* 441 F.3d 536, 541-42 (7th Cir. 2006) ("proponent's estimate of the claim's value must be accepted unless there is 'legal certainty' that the controversy's value is below the threshold') (citations omitted); *see also id.* at 541 ('Whether damages will exceed $75,000 is not a fact but a prediction, and with respect to that subject the court must decide whether to a legal certainty . . . the claim is really for less than the jurisdictional amount.') (internal quotation omitted).

16.     In numerous personal injury and product liability actions with alleged injuries similar to or less severe than those alleged here, the Seventh Circuit and courts in this district circuit have found the jurisdictional minimum requirement met.  For example, in *Andrews v. E.I. Du Pont De Nemours & Co.,* 447 F.3d 510 (7th Cir. 2006), the Seventh Circuit held that the jurisdictional minimum was satisfied where the complaint alleged "severe and permanent" injuries to plaintiffs' head, ribs, and back and sought damages "in excess of $50,000" for lost earning potential, pain, and past and future medical expenses.  *See id.* at 514.[5]

17.     Where liability is established, product liability claims in Illinois state courts likewise typically result in substantially more than $75,000 verdicts.   *See e.g., Blue v. Envtl. Eng'g, Inc.*, 828 N.E.2d 1128, 1135 (Ill. 2005); *Hansen v. Baxter Healthcare Corp.*, 198 Ill. 2d 420, 439 (Ill. 2002); *Proctor v. Upjohn Co.,* 291 Ill. App. 3d 265, 268, 287 (Ill. Ct. App. 1997); *Kochan v. Owens-Corning Fiberglass Corp.,* 242 Ill. App. 3d 781, 787 (5th Dist. 1993).

---

[5] *See also, e.g., Sargent v. Cassens Corp.,* No. 06-1042, 2007 WL 1673289, at *9-11 (S.D. Ill. June 7, 2007); *Hill v. Olin Corp.,* No. 07-0054, 2007 WL 1431865, at *3 (S.D. Ill. May 14, 2007); *Sandage v. Cottrell, Inc.,* No. 05-0720, 2006 WL 2710647, at *3 (S.D. Ill. Sept. 20, 2006); *Fields v. Jay Henges Enters., Inc.,* No. 06-323, 2006 WL 1875457, at *4-5 (S.D. Ill. June 30, 2006); *see generally McCoy v. Gen. Motors Corp.,* 226 F. Supp. 2d 939, 941 (N.D. Ill. 2002) ("courts have routinely held that when plaintiffs allege serious, permanent injuries and significant medical expenses, it is obvious from the face of the complaint that the plaintiffs' damages exceeded the jurisdictional amount") (collecting cases).

18.     Second, CAFA provides for district court jurisdiction over a mass action where "the matter in controversy exceeds the sum or value of $5,000,000." 28 U.S.C. § 1332(d)(2); *see id.* § 1332(d)(6) ("In any class action, the claims of the individual class members shall be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs."); *id.* § 1332(d)(11)(A) (applying § 1332(d)(2) to mass actions).  The aggregate amount of monetary relief sought by all of the Plaintiffs is well in excess of $5 million. As shown above, each Plaintiff has placed more than $75,000 in controversy, meaning that the 241 Plaintiffs seek more than $18 million in the aggregate—well over the $5 million statutory measure.  Thus, CAFA's $5 million threshold is plainly met.

**C.     The Minimal Diversity Requirement is Satisfied.**

19.     Mass action removals require "minimal diversity" of citizenship, *i.e.* that at least one plaintiff is not a citizen of the same state as at least one defendant.  *See* 28 U.S.C. § 1332(d)(2)(A); (d)(11)(A).   The minimal diversity requirement for mass action removal is satisfied.

20.     Combe Incorporated is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

21.     Combe Products, Inc. is, and at the time of the filing of this action was, a Puerto Rico Corporation with its principal place of business in Puerto Rico.

22.     Combe Laboratories Inc. is, and at the time of the filing of this action was, an Illinois Corporation with its principal place of business in Illinois.

23.     Combe International, Ltd. is, and at the time of the filing of this action was, a Delaware Corporation with its principal place of business in New York.

24.     As set forth below, Plaintiffs are citizens of numerous states.    Accordingly, minimal diversity is easily established here.    For example, Gershwin Hardy is a citizen of Maryland, (Compl. ¶ 131), and none of the Combe defendants are citizens of Maryland.    Indeed, there is minimal diversity in this lawsuit.

25.     William Burke is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 107).

26.     Vernon Bowling is, and at the time of the filing of this action was, a citizen of Tennessee. (Compl. at ¶ 109).

27.     Heistand Gamble is, and at the time of the filing of this action was, a citizen of Nebraska. (Compl. at ¶ 111).

28.     Jeffrey Thompkins is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 113).

29.     Robert Jones is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 115).

30.     Andre Daniels is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 117).

31.     Fred Smith is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 119).

32.     Kirk Eide is, and at the time of the filing of this action was, a citizen of Minnesota. (Compl. at ¶ 121).

33.     Anthony Lawton is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 123).

34.     Thomas Eanes is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 125).

35.     Anthony Brewer is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 127).

36.     Darryl Pugh is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 129).

37.     Gershwin Hardy is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 131).

38.     Jorge Arriaza is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 133).

39.     Jeff Hartter is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 135).

40.     Rick Smith is, and at the time of the filing of this action was, a citizen of Utah. (Compl. at ¶ 137).

41.     Timothy Cofiell is, and at the time of the filing of this action was, a citizen of Maryland. (Compl. at ¶ 139).

42.     Matthew Williams Jr. is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 141).

43.     Wayne West is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 143).

44.     Vestel Lawrence is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 145).

45.     John Raines Jr. is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 147).

46.     Vincent Connor is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 149).

47.     Joseph French is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 151).

48.     Craig Gardner is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 153).

49.     Michael Watts is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 155).

50.     Tony Reed is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 157).

51.     Willie Hightower is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 159).

52.     Scotty Williamson is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 161).

53.     Allen Dalton is, and at the time of the filing of this action was, a citizen of West Virginia. (Compl. at ¶ 163).

54.     Perry Kirkpatrick is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 165).

55.     Jeffrey Lillstrung is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 167).

56.    Steve Vigil is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 169).

57.    Leonard Gamble is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 171).

58.    Khris Kolk is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 173).

59.    Victor Brown is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 175).

60.    Barron Payton is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 177).

61.    Al Lam is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 179).

62.    Lawrence Green is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 181).

63.    Willie Crowell is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 183).

64.    Samuel Perine III is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 185).

65.    Isaac London is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 187).

66.    Michael Randle is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 189).

14

67.     Nicholas Paxitzis is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 191).

68.     Marion Irick is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 193).

69.     Jon Ferrante is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 195).

70.     Albert Smith is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 197).

71.     Dorrian Mitchell is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 199).

72.     Darrell Jenkins is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 201).

73.     Earl Knight is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 203).

74.     Michael Baugh is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 205).

75.     Sidney Martin is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 207).

76.     Anthony Freeman is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 209).

77.     Sean Lanier is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 211).

78.     Charles White is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 213).

79.     Kevin Smith is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 215).

80.     Ivan Lewis is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 217).

81.     Gerald Wiltz is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 219).

82.     Perry Chaney is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 221).

83.     Terry Yarbrough is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 223).

84.     Leslie Holly is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 225).

85.     Jamie Woods is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 227).

86.     Donna Gentry is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 229).

87.     Kevin Fry is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 231).

88.     Billy Patterson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 233).

89.     Aaron Paul is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 235).

90.     William Mcelroy is, and at the time of the filing of this action was, a citizen of Delaware. (Compl. at ¶ 237).

91.     Ray Hawkins is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 239).

92.     Bruce Osborn is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 241).

93.     Benton Davis is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 243).

94.     Lincoln Elliott is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 245).

95.     Howard Hampton is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 247).

96.     Terry Robinson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 249).

97.     Michael Combs is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 251).

98.     Kenneth Lowe is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 253).

99.     Donear Wiggins is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 255).

100.    Yusuf Abdullah is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 257)

101.    Curtis Ellis is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 259).

102.    Jimmy Butler is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 261).

103.    Gary Provencio is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 263).

104.    Albert Rowe is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 265).

105.    Marvin Grantham is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 267).

106.    Donald Coates is, and at the time of the filing of this action was, a citizen of Washington, DC. (Compl. at ¶ 269).

107.    Gary Walker is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 271).

108.    Robert Boston is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 273).

109.    Arlandus Burks is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 275).

110.    Joe Losoya is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 277).

111.    Steve Ornelas is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 278).

112.    Michael Shev is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 281).

113.    Danny Worley is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 283).

114.    Sam Barlow is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 285).

115.    Charles Walker is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 287).

116.    Joseph Bruner is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 289).

117.    Hadley Joseph is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 291).

118.    Kethon Freeman is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 293).

119.    Charles Bernard is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 295).

120.    Stefan Copeland is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 297).

121.    Denis Grier is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 299).

122.    Eric Thomas is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 301).

123.    Nicholas Carmota is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 303).

124.    Alan Taylor is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 305).

125.    David Soto is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 305).

126.    Taleal Tilson is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 307).

127.    Thomas Russell is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 309).

128.    Daryld Cotton is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 311).

129.    Michael Harrison is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 313).

130.    Robert Lee Brown is, and at the time of the filing of this action was, a citizen of Kansas. (Compl. at ¶ 315).

131.    Keith Reed is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 317).

132.    Leondry Gross is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 319).

133.    Marlon Richardson is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 321).

134.    Ellis Davis is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 323).

135.    Steve Morinia is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 325).

136.    Martin Molet is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 327).

137.    Braxton Reed is, and at the time of the filing of this action was, a citizen of . (Compl. at ¶ 329).

138.    Dennis Francis is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 331).

139.    Donald Charron is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 333).

140.    Russell Jackson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 335).

141.    Christopher Merrifield is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 337).

142.    Tony Harris is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 339).

143.    Andre Price is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 341).

144.    Andrew Wiley is, and at the time of the filing of this action was, a citizen of Oregon. (Compl. at ¶ 343).

145.    Edward Gunther is, and at the time of the filing of this action was, a citizen of Wisconsin. (Compl. at ¶ 345).

146.    Charles Nelson is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 347).

147.    Quincy Short is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 349).

148.    Randall Birmingham is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 351).

149.    Derek Simmons is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 353).

150.    Sammy Lester is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 355).

151.    Michael Smith is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 357).

152.    Bruce Flores is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 359).

153.    Donald Swan is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 361).

154.    Michael Demello is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 363).

155.    Reginald Nash is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 365).

156.    Henry Coleman is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 367).

157.    Stan Carter is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 369).

158.    Cedrick Jones is, and at the time of the filing of this action was, a citizen of Arkansas. (Compl. at ¶ 371).

159.    Derrick William is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 373).

160.    Michael Coker is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 375).

161.    Eric Jackson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 377).

162.    Claude a. Dangerfield ii is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 379).

163.    Tyrone Hamilton is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 381).

164.    Anthony Peaters is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 383).

165.    Ralph Weatherspoon is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 385).

166.     Milton Crane is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 387).

167.     Don Olson ii is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 389).

168.     Theodore Taylor is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 391).

169.     Kevin Rose is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 393).

170.     Harold Riley is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 395).

171.     Curtis Scott is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 397).

172.     Russell Barnes is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 399).

173.     Shawn Jones is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 401).

174.     Timothy Miller sr. is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 403).

175.     Vernon Arnold is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 405).

176.     Leroy Hawkins is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 407).

177.    Sergio Amper is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 409).

178.    Donald Gozdowski is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 411).

179.    Paul Starks is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 413).

180.    George Parson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 415).

181.    Calvin Lewis is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 417).

182.    David Cawthon is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 419).

183.    Kenneth Davison is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 421).

184.    Chad Anderson is, and at the time of the filing of this action was, a citizen of Nevada. (Compl. at ¶ 423).

185.    Mark Calderon is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 425).

186.    Glen Brown is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 427).

187.    Darryl West is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 429).

188. Niga Richardson is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 431).

189. Anthony Ward is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 433).

190. Charles McLeod is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 435).

191. Jeffrey Sherman is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 437).

192. Ronald Ranieri is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 439).

193. Chester Banks is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 441).

194. Ben Howard is, and at the time of the filing of this action was, a citizen of Georgia. (Compl. at ¶ 443).

195. James Johnson is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 445).

196. Wesley Easter is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 447).

197. Parrish Arnold is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 449).

198. Darryl Dilworth is, and at the time of the filing of this action was, a citizen of Mississippi. (Compl. at ¶ 451).

199. Corie Cross is, and at the time of the filing of this action was, a citizen of Arizona. (Compl. at ¶ 453).

200. David Petel is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 455).

201. Ellis Cummings is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 457).

202. Richard Pruitt is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 459).

203. Akeva Paige is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 461).

204. Leon Tucker is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 463).

205. Leroy Gregory is, and at the time of the filing of this action was, a citizen of New York. (Compl. at ¶ 465).

206. Greg Canady is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 467).

207. Marvin Cannon is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 469).

208. Darrin Collins is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 471).

209. Jesse Campos is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 473).

210.    Patrick Jones is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 475).

211.    Eric Riddle is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 477).

212.    Rick Orazio is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 479).

213.    James Mills is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 481).

214.    Clifford Wood is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 483).

215.    Michael Allen is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 485).

216.    Carlen Pittman is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 487).

217.    Terry Patton is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 489).

218.    Lee Brown is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 491).

219.    Steve Lee is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 493).

220.    Dwain Hooks is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 495).

221.    Harold Davis is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 497).

222.    Alonzia Moten is, and at the time of the filing of this action was, a citizen of South Carolina. (Compl. at ¶ 499).

223.    Darryl Jackson is, and at the time of the filing of this action was, a citizen of California. (Compl. at ¶ 501).

224.    Marcus Thomas is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 503).

225.    Carl Ledford is, and at the time of the filing of this action was, a citizen of Indiana. (Compl. at ¶ 505).

226.    Calvin Armstrong is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 507).

227.    Thomas Lopez is, and at the time of the filing of this action was, a citizen of Colorado. (Compl. at ¶ 509).

228.    Lamont Evans is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 511).

229.    John Riley is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 513).

230.    Jimmie Little is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 515).

231.    Gregory Prewitt is, and at the time of the filing of this action was, a citizen of Nebraska. (Compl. at ¶ 517).

232.    Eugene Alston is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 519).

233.    Kevin Mcenery is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 521).

234.    Michael Brown Sr. is, and at the time of the filing of this action was, a citizen of Missouri. (Compl. at ¶ 523).

235.    Roberto Rivera is, and at the time of the filing of this action was, a citizen of Texas, used in Florida. (Compl. at ¶ 525).

236.    Noel Hutchinson is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 527).

237.    Kenneth Stassa is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 529).

238.    Ronald Munro is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 531).

239.    Jeffrey Robinson is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 533).

240.    Julian Neel is, and at the time of the filing of this action was, a citizen of North Carolina. (Compl. at ¶ 535).

241.    Alan Toth is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 537).

242.    Russell Vito is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 539).

243.    Lucious Hale is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 541).

244.    Thomas Olszewski is, and at the time of the filing of this action was, a citizen of Michigan. (Compl. at ¶ 543).

245.    Vernon Boos is, and at the time of the filing of this action was, a citizen of Kansas. (Compl. at ¶ 545).

246.    Laurence Splitt is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 547).

247.    George Bumphis is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 549).

248.    Christopher Jones is, and at the time of the filing of this action was, a citizen of Illinois. (Compl. at ¶ 551).

249.    Raymond Gibson is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 553).

250.    Arthur Vaught is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 555).

251.    Sanders Polk is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 557).

252.    Anthony Talley is, and at the time of the filing of this action was, a citizen of Virginia. (Compl. at ¶ 559).

253.    Will Johnson is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 561).

254.    Lawrence Gendrew is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 563).

255.    Robert Epperson is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 565).

256.    Timothy Cabbil is, and at the time of the filing of this action was, a citizen of Alabama. (Compl. at ¶ 567).

257.    Steve Digiacomo is, and at the time of the filing of this action was, a citizen of Pennsylvania. (Compl. at ¶ 569).

258.    Wilkie Hood is, and at the time of the filing of this action was, a citizen of Ohio. (Compl. at ¶ 571).

259.    David Green is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 573).

260.    Raymond Green is, and at the time of the filing of this action was, a citizen of New Jersey. (Compl. at ¶ 575).

261.    June Lewis is, and at the time of the filing of this action was, a citizen of Oklahoma. (Compl. at ¶ 577).

262.    Michael King is, and at the time of the filing of this action was, a citizen of Connecticut. (Compl. at ¶ 579).

263.    James Shehan is, and at the time of the filing of this action was, a citizen of Florida. (Compl. at ¶ 581).

264.    Candido Garza Jr. is, and at the time of the filing of this action was, a citizen of Texas. (Compl. at ¶ 583).

265.    The forum defendant rule is not applicable to removal of mass actions. 28 U.S.C. § 1453(b).

## III.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

266.    Combe timely filed this Notice of Removal within 30 days of service of the Complaint.  Combe was served on June 30, 2016.  Therefore, removal is timely pursuant to 28 U.S.C. § 1446(b).

267.    The United States District Court for the Southern District of Illinois embraces St. Clair County, where the state court complaints were initially filed, and therefore removal to this Court is proper.  28 U.S.C. §§ 93(c), 1441(a).

268.    All process, pleadings, and orders served on Combe are attached as Exhibit A.

269.    Pursuant to 28 U.S.C. § 1446(d), Combe is serving copies of this Notice on plaintiffs' counsel and filing a copy of this Notice with the Clerk of the Circuit Court of St. Clair County, Illinois.

## IV.    NO CAFA EXCEPTION APPLIES.

270.    Because Combe has demonstrated that this Court has jurisdiction under CAFA, plaintiffs bear the burden to prove any exception to jurisdiction.  *Hart v. FedEx Ground Package Sys. Inc.*, 457 F.3d 675, 681 (7th Cir. 2006) (holding plaintiff bears burden to establish to establish local controversy or other exceptions to CAFA jurisdiction).  No exception set forth in 28 U.S.C. § 1332(d)(11)(B)(ii) applies.

271.    First, Plaintiffs are citizens of states from across the country.  They do not contend that all of their alleged injuries occurred in Illinois or adjacent states.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(I).  To the contrary, this nationwide mass action involves alleged injuries from across the country.

272.    Second, Plaintiffs joined their claims by filing one Complaint.  Defendants have not moved to join these claims.  *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(II).

273.    Third, the claims in this action are not alleged on behalf of the general public "pursuant to a State statute specifically authorizing such action." *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(III).

274.    Fourth, by filing one Complaint, Plaintiffs did not consolidate their claims only for pre-trial purposes.  *See supra* IIA.

275.    Finally, jurisdiction is mandatory under CAFA; not discretionary. Less than one third of plaintiffs are citizens of Illinois making the local controversy exception set forth in 28 U.S.C. § 1332(d)(4) inapplicable.

WHEREFORE, Defendants Combe Incorporated, Combe Products, Inc., Combe Laboratories, Inc., and Combe International, Ltd. ("Combe") respectfully remove this action pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois.

Respectfully submitted,

BRYAN CAVE LLP

By: */s/ Stephen G. Strauss*
    Dan H. Ball, IL #6192613
    Stephen G. Strauss, IL #6278807
    Stefan A. Mallen, IL # 6279262
    211 North Broadway, Suite 3600
    St. Louis, MO  63102-2750
    Telephone:  (314) 259-2000
    Facsimile:  (314) 259-2020
    dhball@bryancave.com
    sgstrauss@bryancave.com
    samallen@bryancave.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2016, a copy of the foregoing was served via U.S. mail, first-class postage prepaid, to the following counsel and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record:

Kristine K. Kraft
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 1200
St. Louis, MO 63102

Richard W. Schulte
WRIGHT & SCHULTE, LLC
865 S. Dixie Drive
Vandalia, Ohio 45377

*Attorneys for Plaintiffs*

                                          */s/ Stephen G. Strauss*